U.S.M.J. STEVEN L. TISCIONE                                    Date: 5/1/2018

## CRIMINAL CAUSE FOR PLEADING

USA -v- Marte                                                  Docket No.: 17-CR-191

Defendant: Fernando Marte

☑ present    ☐ not present            ☐ custody    ☑ bail

Def. Counsel: __Murray Richman__

☑ present    ☐ not present            ☐ CJA    ☐ FD    ☑ Retained

AUSA: David Kessler / G. Karthik Srinivasan    Clerk/Deputy: Rochelle Swartz

Interpreter: __N/A__                             Language:

FTR: (12:37 PM - 12:55 PM)                       Reporter: __N/A__
2EN

☑ Case Called
☐ Defendant's First Appearance
☑ Defendant: ☑ Sworn    ☐ Arraigned    ☐ Informed of Rights
☐ Waiver of Indictment Executed for Defendant
☑ Superseding Indictment/(Information) Filed
☐ Bench Warrant Issued: _____
☑ Defendant Enters (Guilty)/Not Guilty Plea to Count(s) __1, 2__
    of the (Superseding) Indictment/(Information)
☐ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____
    of the (Superseding) Indictment/Information
☑ Court Finds Factual Basis for the Plea
☑ Sentencing Set for __9/12/18__ at __2:30 PM__
☐ Sentencing to be Set by Probation
☐ Bail/Bond:  ☐ Set    ☑ Continued for Defendant    ☐ Continued in Custody
☐ Case Adjourned to ___/___/___ at _____
☑ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the
    allocution.   A finding has been made that the plea was made knowingly and voluntarily
    and the plea was not coerced.   The Magistrate Judge recommends that the plea of guilty
    be accepted.
☑ Transcript Ordered
☐ Other: _____